ATTACHMENT 'A'

NSN 7540-00-634-4176                                                                   AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
| 10/26/2006 15:18 | **SUBJECTIVE:**<br>ADMIN NOTE:<br>FCC TERRE HAUTE<br>UTILIZATION REVIEW COMMITTEE<br><br>UTILIZATION REVIEW COMMITTEE MEETS.<br><br>PRIMARY DIAGNOSIS:   SEVERE CORONARY DISEASE<br><br>PROCEDURE REQUESTED.   SEE DR KHABOUS IN 6 MONTHS<br><br>NARRATIVE SUMMARY:   SEVERE CORONARY DISEASE<br><br>PROJECTED RELEASE DATE:<br><br>LEVEL 1   Medically mandatory - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury<br><br>LEVEL 2   Presently medically necessary - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.<br><br>LEVEL 3   Medically acceptable - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc ).<br><br>LEVEL 4   Exclusively for the convenience of the inmate - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision<br><br>Priority 1 within 14 days     Priority 2 within 30 days     Priority 3 within 60 days<br>Priority 4 within 90 days<br><br>APPROVED  Level 1 (2) 3 4    PRIORITY  1 2 3 4        DENIED              DEFERRED |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION (For typed or written entries, give. Name - last, first, middle, ID No or SSN, Sex; Date of Birth, Rank/Grade ) | REGISTER NO | WARD NO |
|---|---|---|
| GONZALEZ, ANTHONY-3<br>12405-035<br>DOB: 08/01/1967, AGE: 39<br>USP<br>Care Level: 3   1 | CHRONOLOGICAL RECORD OF MEDICAL CARE<br>Medical Record<br>STANDARD FORM 600 (REV 6-97)<br>Prescribed by GSA/ICMR<br>FIRMR (41 CFR) 201-9.202-1           USP LVN | |

