# CIVIL COVER SHEET FOR A PRISONER CASE

1:08-CV-3119

JUDGE _____     DIVISION Atlanta     JEC
MAG. JUDGE _____    IFP yes    FEE no
DATE FILED 10-3-08        PREVIOUS CASES no

NAME Anthony Gonzalez    I.D. # 12405-035
PRO SE ✓    ATTORNEY _____
PLACE OF INCARCERATION U.S.P. Atlanta
CITY Atlanta    STATE GA    COUNTY Fulton

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a <u>State</u> prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a <u>State</u> prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a <u>State</u> prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ✓ 28:2241fd | Habeas action by a <u>Federal</u> prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ___ 42:1983pr | <u>State</u> or <u>Federal</u> prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials <u>not</u> Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | <u>State</u> prisoner civil rights action <u>involving</u> prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials <u>involving</u> prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty **MANDAMUS**. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ | OTHER: _____ |

___ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

___ STAFF LAW CLERK:
  ___ Pauper's affidavit insufficient or no affidavit
  ___ Complaint or petition not signed or is incomplete
  ___ No copies
  ___ Other: _____

JEC
JPK
530
28:2241fd
SLC 4

A Gonzalez #12405-035
Po Box 150160
Atlanta, GA 30315-0160